No. 100, Misc. JESSIE *v.* REINCKE, WARDEN. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 106, Misc. WATSON *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 107, Misc. HALPERN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 109, Misc. MILLER *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 111, Misc. MARTIN, ALIAS MORGAN, ET AL. *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 112, Misc. PITTORE *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 116, Misc. HUNTLEY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 117, Misc. ELDARD *v.* LAVALLEE, WARDEN. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 119, Misc. TURMON *v.* COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.